# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Richard Knight, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Darren Vondal, | ) | |
| | ) | Case No. 4:13-cv-004 |
| Defendant. | ) | |

On July 16, 2014, plaintiff's counsel was granted leave to withdraw. As there is nothing in the record to reflect that plaintiff has retained new counsel, the court is operating under the presumption that he intends to proceed *pro se.*

On August 7, 2014, defendant filed a Motion to Dismiss for Lack of Jurisdiction. On August 11, 2014, Chief Judge Erickson issued an order indefinitely suspending defense counsel from practicing law in the District of North Dakota.[1] Thus, defendant is also effectively proceeding *pro se.* The court only points this is out on account of the fact that the final pretrial conference and bench trial are scheduled for August 20, 2014, and September 3, 2013, respectively.

Given the uncertainty regarding the parties' present status, the court is concerned whether the parties are prepared to proceed with trial as scheduled. In any event, to ensure that the parties have sufficient time to fully brief the issues raised by defendant in his motion and that the court has

---

[1] On June 26, 2014, the Minnesota Supreme Court entered an order that indefinitely suspended Attorney Joan La Ra Meidinger from the practice of law. In re the Matter of Joan Rae Meideinger, A Member of the Bar of the United States District Court for the District of North Dakota, Case No. 1:14-mc-011, at Docket No. 1. On July 8, 2014, Chief Judge Ralph R. Erickson issued an order to show cause why Attorney Meideinger should not be suspended from practicing in federal court in the District of North Dakota. Id. On August 8, 2014, Attorney Meidinger filed an affidavit consenting to a suspension to coincide with the order issued by the Minnesota Supreme Court. Id. at Docket No. 4. Consequently, on August 11, 2014, Chief Judge Erickson issued a order suspending Attorney Meidinger fro the practice of law indefinitely, effective immediately. Id. at Docket No. 5.

1

sufficient time to consider defendant's motion, the court is cancelling the final pretrial conference and bench trial with the understanding that both shall be rescheduled as necessary at a date and time to be determined. In the interim, the parties are directed to submit a status report to the court by September 12, 2014, that: (1) contains their current contact information, i.e., addresses and telephone numbers at which the Clerk's office can reach them; and (2) advises the court how they intend to proceed, that is, whether they are intending to represent themselves going forward or whether they have retained/are intending to retain new counsel.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court