# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Richard Knight, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Darren Vondall, | ) | Case No. 4:13-cv-004 |
| | ) | |
| Defendant. | ) | |

The court on its own motion orders that plaintiff shall have until October 24, 2014, to file a response to defendant's "Motion to Dismiss." Failure to file response may be deemed an admission that the motion is well taken and subject the motion to summary ruling. D.N.D. Civ. L.R. 71(F). Defendant shall have until October 31, 2014, to file a reply. In the interim, the parties should contact the court should they have a mutual interest in exploring settlement and want the undersigned's assistance.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court